GENESEE LUMBER AND COAL COMPANY, INC., Respondent, *v.* ANGELO BONARRIGO et al., Respondents, and WILLIAM J. GOADE et al., Copartners under the Firm Name of GOADE & FLOHR, Appellants.

(Submitted June 3, 1932; decided June 21, 1932.)

*George H. Day* and *George W. Watson* for appellants.

*S. Fay Carr* for Genesee Lumber and Coal Company, Inc., respondent.

*Newell K. Cone* for Angelo Bonarrigo and Mary Bonarrigo, respondents.

*James A. Le Seur* for Archie J. Case, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.